A. O. REINHARDT *v.* W. L. BANKSTON *et al.*, TRUSTEES.

(In Banc. May 22, 1944. Suggestion of Error Overruled June 12, 1944.)

[18 So. (2d) 304. No. 35548.]

E. C. Brewer, of Clarksdale, **Dulaney & Bell**, of Tunica, and **W. C. Rodgers**, of Memphis, Tenn., for appellant.

**W. L. Bankston**, of Tunica, and **W. W. Venable**, of Clarksdale, for appellees.

Argued orally by **J. W. Bell** and **J. W. Dulaney** and **E. C. Brewer**, for appellant, and by **W. W. Venable** and **W. L. Bankston**, for appellees.

**Anderson, J.**, delivered the opinion of the court.

This case is controlled by the opinion in Evans v. Bankston et al., Trustees, 196 Miss. 533, 18 So. (2d) 301. Affirmed in part, and reversed and remanded in part.